IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY L. RAYFORD,

Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0645

Opinion filed February 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Jeffrey L. Rayford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Christopher P. Arnold, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, ROWE, and BILBREY, JJ., CONCUR.